UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID SANCHEZ and MARCELO PEREZ | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | CIVIL ACTION NO. 4:24-cv-03925 |
| IOWA FERTILIZER COMPANY LLC | § § § | |
| *Defendant.* | § § | |

## AMENDED DOCKET CONTROL ORDER

This case will be controlled by the following schedule.

### DEADLINES

1. February 24, 2025 — **DEADLINE TO AMEND PLEADINGS** Parties may amend pleadings by this date without leave of court. If Plaintiffs file an Amended Complaint by this date, defendant(s) may file a responsive pleading in accordance with Fed. R. Civ. P. 15(a)(3). After expiration of this deadline, a party seeking to amend pleadings must file a motion for leave demonstrating both good cause and excusable neglect in accordance with Fed. R. Civ. P. 6(b)(1)(B).

2. February 24, 2025 — **DEADLINE TO ADD NEW PARTIES** Unless a case has been removed from state court, new parties may be added by this date without leave of court. After expiration of this deadline, a party seeking to add a new party must file a motion for leave demonstrating both good cause and excusable neglect in accordance with Fed. R. Civ. P. 6(b)(1)(B). The attorney causing the addition of new parties will provide copies of this order and all orders previously entered in the case to new parties. **Note:** If a case has been removed from state court, a motion for leave must be filed seeking a permission to add new parties.

3. May 1, 2026 — Identification of plaintiff's experts and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B).

4. June 1, 2026 — Identification of defendant's experts and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B).

5. July 23, 2026 — **COMPLETION OF DISCOVERY** Written discovery requests are not timely if they are filed so close to this deadline that the recipient

would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

6. <u>N/A</u> **LIMITS ON DISCOVERY**

7. <u>July 30, 2026</u> **DISPOSITIVE MOTIONS** Parties wishing to file dispositive motions must still follow the pre-motion conference requirements set forth in Section 6 of the local court procedures utilized by Judge Hanks.

8. <u>August 31, 2026</u> **ALL OTHER PRETRIAL MOTIONS**

9. <u>December 4, 2026</u> **JOINT PRETRIAL ORDER AND MOTIONS IN LIMINE** Plaintiffs are responsible for timely filing the <u>complete joint</u> pretrial order. All information is to comply with the disclosure requirements of Fed. R. Civ. P. 26(a)(3). All parties are directed to read the Court's Procedures regarding required trial documents and procedures.

10. <u>December 11, 2026</u>   **DOCKET CALL is set at 3:00 p.m.** Other than as set out in the
    Courtroom 9C          Court's Procedures no pleading or document filed within seven days of docket call will be considered by the Court. Any pending motions may be ruled on at docket call, the case will be set for trial, and further pretrial orders may be issued.

11. <u>January/February 2027</u> **JURY / BENCH TRIAL** Case is subject to being called to trial on short notice during these months

   Estimated Trial Time: 8 days

Signed this <u>12th</u> day of <u>  August  </u>, 2025, at Houston, Texas.

_____
Presiding Judge